USDC SCAN INDEX SHEET










```
GAC    3/27/06    10:55
3:06-M -00379   USA V. GOLDMAN
*1*
*CRCMP.*
```

FILED
2006 FEB 27 PM 2: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '06 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., 841 (a)(1) - |
| ) | Possession with intent to distribute |
| Steven GOLDMAN (1), ) | Title 18, U.S.C., 2 - Aiding and |
| Jose LOPEZ-MENERA (2), ) | Abetting, |
| April Susanne MILLER (3), ) | |
| ) | |
| Defendants. ) | |

The undersigned complainant being duly sworn states:

On or about February 25, 2006, within the Southern District of California, defendants Steven GOLDMAN, Jose LOPEZ-MENERA and April Susanne MILLER, did knowingly and intentionally possess with the intent to distribute approximately 1,166.62 pounds of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841 (a)(1); Title 18 United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Kenneth Krause / Special Agent
U.S. I.C.E. / D.H.S.

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27 DAY OF FEBRUARY 2006.

MAGISTRATE JUDGE
CATHY ANN BENCIVENGO

1

UNITED STATES OF AMERICA
vs.

Steven GOLDMAN
Jose LOPEZ-MENERA
April Susanne MILLER

{STATEMENT OF FACTS}

I, Special Agent Kenneth A. Krause, declare under penalty of perjury, the following is true and correct.

These facts are based on my personal participation in this investigation and on written statements received from other law enforcement officers. I submit that the facts contained in this statement demonstrate that probable cause exists to believe that the Defendants named in the attached complaint committed the crimes charged in the complaint. All times listed herein are approximated.

On February 25, 2006 at approximately 0830 hours MTF Agents initiated surveillance at Mission Bay in San Diego, California. At 0845 hours MTF agents located a vacant Ford Expedition (CAUS-5KKW444) and empty vessel trailer parked at the South Shores boat ramp parking lot. At 1845 hours Marine Enforcement Officer Levan reported that "Vessel assist" a private company was towing in a vessel that matched the description of one of GOLDMAN'S vessels. MTF agents remained in the Mission Bay area until approximately 2025 hours, at which time a Bayliner vessel (CAUS-CF5658JM) approached the boat launch ramp under tow by Vessel Assist (private company). This vessel was registered to Steven GOLDMAN, 8410 Gulana Avenue, Playa Del Rey, CA, and had reportedly broken down South of Ocean Beach. GOLDMAN and MILLER were present on this vessel. A third subject (Jose LOPEZ-MENERA) entered a Ford Expedition (CAUS-5KKW444) with an empty vessel trailer (No license plated) and backed it down the ramp. LOPEZ-MENERA had been at the South shores parking lot intermittently. LOPEZ-MENERA had been seen sitting at rocks near the boat ramp frequently looking around. At 2045 hours MTF agents in conjunction with CBP Marine Enforcement Officers conducted an enforcement action of the Ford Expedition (CAUS-5KKW444) and vessel. Steven GOLDMAN, Jose LOPEZ-MENERA, and April MILLER were secured. LOPEZ-MENERA and MILLER attempted to flee the area during the enforcement action but were stopped by MTF Agents. A cursory search of the vessel resulted in the discovery of numerous packages, wrapped in cellophane in plain view in the forward area of this vessel. A package was cut open, which revealed a green, leafy substance within. A small sample was removed and a presumptive field test was conducted and positive for the presence of marijuana. All three SUBJECTS were arrested, the vessel, trailer, and two vehicles were seized. The vessel was taken to the CBP vault, and it was found to contain approximately 1167 pounds of marijuana. The three subjects were taken to the San Ysidro port of entry where they were interviewed.

On February 26, 2006 at 0045 hours Jose LOPEZ-MENERA was read his Miranda Rights from a pre-printed form. LOPEZ-MENERA waved his rights and spoke with MTF Agents Hoffman and Krause. LOPEZ-MENERA was able to communicate in Spanish and English. During the interview LOPEZ-MENERA



noted that he had been paid $300 to help pull the vessel out of the water.

Also at 0045 hours MTF Agents Flemming and Andres interviewed April MILLER. MTF Andres read MILLER her Miranda Rights and at 0050 hours she waved her rights and spoke with MTF Agents. MILLER related that she had gone to Mexico at GOLDMAN'S prompting and related an itinerary. MILLER said she was concerned about the circumstances surrounding this venture, but related that she never knew about the drugs.

At 0305 hours MTF Agents Andres, Flemming and Krause interviewed Steven GOLDMAN. At 0310 hours Steven GOLDMAN was read his Miranda Rights from a pre-printed form. At 0315 hours GOLDMAN waved his rights and spoke with MTF Agents. GOLDMAN admitted knowledge of marijuana, and compensation for this venture ($10,000).

On February 25, 2006 the three defendants were arrested and were later transported to the Metropolitan Correctional Center, San Diego, California by Special Agents of the Department of Homeland Security, Immigration and Customs Enforcement.

Executed on FEBRUARY 27 (date) at 1350 (time)

Kenneth A. Krause, Special Agent
U.S. Immigration and Customs Enforcement
Department of Homeland Security

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on 2/25/06 (date) in violation of Title 21, United States Code, 841 (a)(1), and Title 18, United States Code Section 2.

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**

2/27/06  1:52
Date/Time